UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| *In re* <br> BLANK LABEL GROUP, INC. <br>     Debtor | Chapter 11 , SBRA <br> Case No. 20-11201-JEB |
| BLANK LABEL GROUP, INC. <br>     Debtor-Plaintiff <br> -vs.- <br> AMERICAN EXPRESS NATIONAL BANK, FUNDATION GROUP, LLC and WEST TOWN BANK & TRUST <br>     Creditors-Defendants | Adversary Proceeding No. **20-01130-JEB** |

**DEFENDANT FUNDATION GROUP, LLC'S ANSWER WITH AFFIRMATIVE DEFENSES TO BLANK LABEL'S ADVERSARY COMPLAINT**
**(Doc. NO. 1)**

NOW COMES Fundation Group, LLC (hereinafter sometimes referred to as "the Defendant" or "Fundation"), by and through its undersigned counsel, Braucher & Amann, PLLC and hereby answers the Chapter 11 Adversary Complaint as follows:

1-4. The Defendant admits the allegations set forth in paragraphs (1) through (4) of the Complaint.

5-6. The Defendant is without sufficient information to admit or deny the allegations in paragraphs (5) and (6).

7. The Defendant admits the allegations set forth in paragraph (7).

8. The Defendant is without sufficient information to admit or deny the allegations in paragraph (8).

9-10. The Defendant is without sufficient information to admit or deny the allegations in paragraphs (9) and (10).

11-15. The Defendant is without sufficient information to admit or deny the allegations in paragraphs (11) through (15).

16-18. The Defendant is without sufficient information to admit or deny the allegations in paragraphs (16) through (18).

19. The Defendant admits the allegations set forth in paragraph (19).

20. The Defendant admits the allegations set forth in paragraph (20).

21. The Defendant admits the allegations in part as to Fundation but is without sufficient information to admit or deny the allegations as to West Town and AENB set forth in paragraph (21).

22. The Defendant is without sufficient information to admit or deny the allegations in paragraph (22).

23. The Defendant admits the allegations set forth in paragraph (23).

24-25. The Defendant is without sufficient information to admit or deny the allegations in paragraphs (24) and (25).

## COUNT I
### (Determination of Priority of Liens and Amounts of Secured Claims)

26. The Defendant repeats and re-alleges paragraphs (1) through (25) above and hereby incorporates by reference as if fully set forth herein.

27. The Defendant admits the allegations in part as to Fundation but is without sufficient information to admit or deny the allegations as to West Town and AENB as set forth in paragraph (27).

28. The Defendant is without sufficient information to admit or deny the allegations in paragraph (28).

29. Paragraph (29) is an allegation which does not require a response but if a response is required, the Defendant denies the allegations in said paragraph.

## COUNT II
### (Avoidance of Fundation Lien)

30. The Defendant repeats and re-alleges paragraphs (1) through (29) above and hereby incorporates by reference as if fully set forth herein.

31. The Defendant admits the allegations as set forth in paragraph (31).

32. The Defendant is without sufficient knowledge to either admit or deny the allegations as set forth in paragraph (32).

33. The Defendant admits the allegations set forth in paragraph (33).

34. The Defendant denies the allegations set forth in paragraph (34).

## COUNT III
### (Avoidance of AENB Lien)

35. The Defendant repeats and re-alleges paragraphs (1) through (34) above and hereby incorporates by reference as if fully set forth herein.

36-40. Paragraphs (36) through (40) are allegations which do not require responses from Fundation but if responses are required, the Defendant denies the allegations in said paragraphs.

## **AFFIRMATIVE DEFENSES**

WHEREFORE, FUNDATION hereby asserts and interposes the following affirmative defenses:

a. Fundation pleads the affirmative defense of failure to state a claim upon which relief can be granted;

b. Fundation pleads the affirmative defense of estoppel;

c. Fundation pleads the affirmative defense of laches;

d. Fundation pleads the affirmative defense of waiver;

e. Fundation pleads the affirmative defense of unjust enrichment;

f. Fundation pleads the affirmative defense of quantum meruit;

g. Fundation pleads the affirmative defense of failure to mitigate damages;

h. Fundation pleads the affirmative defense of ratification.

WHEREFORE, the Defendant, Fundation Group, LLC, respectfully requests that this Court:

A. Deny the Plaintiff's Prayers in the Complaint;
B. Grant any other relief the Court deems Mete, Just and Equitable.

Respectfully submitted,

Fundation Group, LLC
By and through its attorneys,

Date: 1-11-2021            By:   /s/ William J. Amann
                                 William J. Amann, Esq.
                                 MA BBO# 648511
                                 BRAUCHER & AMANN, PLLC
                                 764 Chestnut Street
                                 Manchester, NH 03104
                                 603-486-1530
                                 wamann@ba-lawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, a copy of the foregoing was served upon all the registered parties in this case by CM/ECF or by first-class mail, postage prepaid.

Date: 1-11-2021            By:   /s/ William J. Amann

David Koha
Casner & Edwards LLP
303 Congress Street
Boston, MA 02210

John T. Morrier
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Stephen Darr
Huron Consulting Group
Suite 2301
100 High St.
Boston, MA 02110

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Paula R.C. Bachtell
U.S. Department of Justice
Office of the United States Trustee
John W. McCormack Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109-3934

Mark W. Powers
Bowditch & Dewey
311 Main Street
P.O.Box 15156
Worcester, MA 01615

Andrew R. Schwartz
Schwartz & Kanyock, LLC
33 North Dearborn Street, Ste 2330
Chicago, IL 60602

American Express National Bank
43 Butterfield Circle
El Paso, TX 79906